AO 455(Rev. 5/85) Waiver of Indictment

FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**V.**

Hugo F. Montoya Cuellar

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 08CR1329-H

I, Hugo Montoya Cuellar, the above named defendant, who is accused of Title 21, U.S.C., Sec. 952, 960 - Importation of a controlled substance. (marijuana)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on 4/24/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Hugo Fernando Montoya Cuellar
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER